# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVATEL WIRELESS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SERCOMM CORPORATION, a Taiwanese Corporation,<br><br>        Defendant.<br>SERCOMM CORPORATION, a Taiwanese corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>NOVATEL WIRELESS, INC., a Delaware corporation,<br><br>        Counterdefendant. | Civil Case No. 06CV2729 JAH (POR)<br><br>**ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

      PURSUANT TO STIPULATION, the parties having notified the Court that they have entered into a settlement, this case is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

    **IT IS SO ORDERED.**

DATED:    September 5, 2007

                                        HON. JOHN A. HOUSTON
                                        U.S. District Court Judge